UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Kimberly Pittman                  Chapter 7
                                                Case No. 05-52570
                Debtor.         Hon. Phillip J. Shefferly
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $872.03, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | AFNI Verizon Wireless<br>404 Brock Dr.<br>Bloomington, IL 61701 | $761.00 |
| 1I | AFNI Verizon Wireless<br>404 Brock Dr.<br>Bloomington, IL 61701 | $111.03 |
| | **TOTAL:** | **$872.03** |

Dated:    04/13/10                                /s/ Frederick J. Dery
                                                                   Frederick J. Dery, Trustee
                                                                   803 W. Big Beaver
                                                                   Suite 353
                                                                   Troy, MI 48084
                                                                   fdery@fredjdery.com